**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7752

ANTONIO V. POWELL,

Plaintiff - Appellant,

versus

AUGUSTUS KING, Lieutenant; CLARENCE, Sergeant;
COLLIN WHITAKER, Correctional Officer; KARL
COUNCIL, Correctional Officer; LARRY HIGGS,
Correctional Officer; RACHEL REYNOLDS, Nurse;
OLLIE MATTHEWS, Nurse; DONNA BROWN, Nurse;
JOHN GRIMES, Nurse,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Malcolm J. Howard,
District Judge. (CA-03-102-H)

Submitted:  April 6, 2005          Decided:  April 22, 2005

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Antonio V. Powell, Appellant Pro Se.  Elizabeth F. Parsons, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina; William
Carleton Metcalf, VAN WINKLE, BUCK, WALL, STARNES & DAVIS, P.A.,
Asheville, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Antonio V. Powell appeals the district court's order granting summary judgment to Defendants and denying relief on his 42 U.S.C. § 1983 (2000) complaint in which he alleged deliberate indifference to his medical needs. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Powell v. King, No. CA-03-102-H (E.D.N.C. Aug. 11, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

- 2 -